*Robert C. Barkin*
*1455 San Pablo Ave #4B*
*Oakland, CA 94612*
*510-485-8966*

**FILED**
AUG - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Robert C. Barkin*  )  C08-03719 JCS
              Plaintiff,  )  CASE NO. _____
                          )
vs.                       )  **APPLICATION TO PROCEED**
*Police Chief of Oakland* )  **IN FORMA PAUPERIS**
                          )  (Non-prisoner cases only)
*Mayor of Oakland*        )
              Defendant.  )

I, *Robert C. Barkin*, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ____    No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 1 -

```
 1 | wages per month which you received.
 2 | _____
 3 | _____
 4 | _____
 5 | 2.   Have you received, within the past twelve (12) months, any money from any of the following
 6 | sources:
 7 |      a.   Business, Profession or              Yes ___ No ✓
 8 |           self employment
 9 |      b.   Income from stocks, bonds,           Yes ___ No ✓
10 |           or royalties?
11 |      c.   Rent payments?                      Yes ___ No ✓
12 |      d.   Pensions, annuities, or             Yes ___ No ✓
13 |           life insurance payments?
14 |      e.   Federal or State welfare payments,  Yes ✓ No ___
15 |           Social Security or other govern-
16 |           ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | ____SSI $1.00.  SSA 701.00_____
```

(handwritten on line 19: SSI $1.00. SSA 701.00)

```
20 | _____
21 | 3.   Are you married?                         Yes ___ No ✓
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.   a.   List amount you contribute to your spouse's support:$ _____
27 |      b.   List the persons other than your spouse who are dependent upon you for support and
28 |           indicate how much you contribute toward their support. (NOTE: For minor children,
```

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____                - 2 -

1       list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

2       _____

3       _____

4   5.  Do you own or are you buying a home?         Yes ____ No ✓

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.  Do you own an automobile?                    Yes ____ No ✓

7   Make _____ Year _____ Model _____

8   Is it financed? Yes _____ No _____ If so, Total due: $_____

9   Monthly Payment: $_____

10  7.  Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s): $_____

14  Do you own any cash? Yes ____ No ✓ Amount: $_____

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated market

16  value.)  Yes ____ No ____

17  _____

18  8.  What are your monthly expenses?

19  Rent: $ 404.00 _____ Utilities: _____

20  Food: $ 150.00 _____ Clothing: 200.00 _____

21  Charge Accounts:

22  Name of Account              Monthly Payment              Total Owed on This Account

23  _____             $ _____             $ _____

24  _____             $ _____             $ _____

25  _____             $ _____             $ _____

26  9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they

27  are payable. Do not include account numbers.)

28  _____ Cell Phone 50.00 a month

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____              - 3 -

1
2   10.   Does the complaint which you are seeking to file raise claims that have been presented in other
3   lawsuits?   Yes ____   No ✓
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
5   they were filed.
6   _____
7   _____
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9   statement herein may result in the dismissal of my claims.

10
11   8/4/08                                   Robert C. Barkin
12      DATE                               SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA
PAUPERIS, Case No. _____                        - 4 -