United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. BARKINS, | No. C- 08- 03719 JCS |
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | **[Docket No. 3]** |
| POLICE CHIEF OF OAKLAND, ET AL., | |
| Defendants. | |

Plaintiff brings this action in pro se and has filed an Application To Proceed In Forma Pauperis ("the Application"). The complaint was assigned to a United States Magistrate Judge and Plaintiff consented to the jurisdiction of the undersigned. *See* 28 U.S.C. § 636(c). Based upon the information contained in Plaintiff's Application, the Application is GRANTED. **The U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders and attachments, as well as a copy of this order, upon Defendant**

IT IS SO ORDERED.

DATED: August 29, 2008

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. BARKIN,<br><br>        Plaintiff,<br><br>  v.<br><br>CHIEF OF POLICE OF OAKLAND et al,<br><br>        Defendant.<br>_____ / | Case Number: CV08-03719 JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert C. Barkins
1955 San Pablo Avenue Apt. 504 B
Oakland, CA 94612

Dated: August 29, 2008

                                      Richard W. Wieking, Clerk
                                      By: Frank Justiliano, Deputy Clerk