| | |
|---|---|
| 1 | JOHN A. RUSSO, City Attorney - SBN 129729 |
| | RANDOLPH W. HALL, Asst City Atty. - SBN 080142 |
| 2 | WILLIAM E. SIMMONS, Sup. Trial Atty.- SBN 121266 |
| | STEPHEN Q. ROWELL, Sr.Deputy City Atty. -SBN 098228 |
| 3 | One Frank Ogawa Plaza, 6th Floor |
| | Oakland, California 94612 |
| 4 | Telephone: (510) 238-3865  Fax: (510) 238-6500 |
| | 530310 |
| 5 | |
| | Attorneys for Defendants |
| | CITY OF OAKLAND and |
| 6 | WAYNE TUCKER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. BARKINS, | Case No.: C08-03719 MMC |
| Plaintiffs, | |
| v. | [proposed] ORDER RE: DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) |
| CHIEF OF POLICE OF OAKLAND and MAYOR OF OAKLAND, | Date: December 19, 2008 |
| | Time: 9:00 a.m. |
| Defendants. | Courtroom: 7, 19th Fl. |
| | HON. MAXINE C. CHESNEY |

This matter came on regularly for hearing at the above captioned time and place. Plaintiff appeared on his own behalf; Defendants Oakland Police Chief and Oakland Mayor were represented by Senior Deputy City Attorney Stephen Q. Rowell.

Having considered the papers submitted and heard the argument of the parties, and good cause appearing therefore, it is hereby ordered:

That defendants' motion brought pursuant to Federal Rules of Civil Procedure 12(b)(6), is GRANTED, without leave amend, as to the Police Chief of the City of Oakland as plaintiff has not alleged facts sufficient to constitute a claim for relief against this defendant . Moreover, plaintiff's claim as to this defendant is barred under the doctrine of collateral estoppel. *Kamilche Company v. United States* 53 F3d 1059, 1062 (1995).

That defendants' motion brought pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED, with leave to amend, as to the Mayor of the City of Oakland as plaintiff has not alleged facts sufficient to constitute a claim for relief against this defendant.

It is unclear from the complaint whether plaintiff is alleging violation of any pendant state law claims. To the extent that the complaint makes such allegations, defendants' motion is GRANTED, with leave to amend, due to plaintiff's apparent failure to comply with the requirements of California Government Code 905, et. seq.

Plaintiff's amended complaint is to be filed with the court and served upon defendant within 20 days of the date of this order.

**IT IS SO ORDERED**

Dated:

MAXINE C. CHESNEY
UNITED STATES DISTRICT COURT JUDGE