IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. BARKINS, | No. C-08-3719 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| CHIEF OF POLICE OF OAKLAND, et al., | |
| Defendants. | |

On December 9, 2008, the Court dismissed plaintiff's complaint with leave to file, no later than January 9, 2009, a First Amended Complaint curing the deficiencies noted by the Court. (See Order filed Dec. 9, 2008, at 3.) The Court stated that if plaintiff did not file a First Amended Complaint by the required date, the Court would dismiss the action. (See id.) To date, no such First Amended Complaint has been filed.

Accordingly, the above-titled action is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: January 15, 2009

_____
MAXINE M. CHESNEY
United States District Judge